IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | |
| **Robert and D. Michelle** ) | | |
| **Harsch** ) | Case No. 14-20200-7-JMK | |
| Debtors ) | | |
| _____) | | |
| ) | | |
| **Robert and D. Michelle** ) | | |
| **Harsch,** ) | | |
| Debtors ) | | |
| - vs. ) | Contested Matter | |
| ) | | |
| PORTFOLIO RECOVERY ASSOC., ) | | |
| Creditor ) | | |
| _____ ) | | |

### OBJECITON TO PROOF OF CLAIM NO. 6 OF PORTFOLIO RECOVERY ASSOCIATES, LLC

**COME NOW** Debtors, by and through their attorney, Jonathan C. Becker, and moves the Court to enter an Order Sustaining Debtors' Objection to Proof of Claim No. 6 of Portfolio Recovery Associates, LLC. In support hereof, Debtor states and alleges as follows:

1. Debtors filed a voluntary petition on October 1, 2012 under 11 USC 301 and 1301 et seq. (Doc. 1).

2. This Court has jurisdiction under 28 USC § 157(b)(2)(A) as this is a core proceeding regarding matters concerning the administration of the estate. In the event the court determines this is not a core proceeding, the Debtor consents to the Court making

findings of fact and conclusions of law and submitting them to the United States District Court for the District of Kansas. In the event that this matter is converted from a contested matter to an adversary proceeding, Debtor consent to this court entering a final judgment if found to be a core proceeding or if not found to be a core proceeding, then the entry of findings of fact and conclusions of law to be submitted to the United States District Court for the District of Kansas.

3. Creditor Professional Recovery Associates (hereinafter "Portfolio") filed a purported transfer of Proof of claim in the amount of $24,766.02.

4. Debtors file this objection pursuant to F.Bky.R.Civ.P. 3007, 7014, excluding 7015.

5. The Creditor claims is based upon a writing of what purports to be a Summary, a Limited Power of Attorney and a Bill of Sale and Assignment of Accounts.

6. There is nothing in the documents filed by Portfolio that connects the Bill of Sale and Assignment of Account with this particular account.

7. The claim form has not attached such documents and does not satisfy the mandatory requirements of F.Bky.R.Civ.P. 3001(c).

8. The Proof of Claim as it presently stands does not

comply F.Bky.R.Civ.P. 3001(c).

9. The claim is not supported by any written evidence of an enforceable agreement or a contract that established the debt between Debtor and Creditor or between debtor and an alleged predecessor in interest.

10. The Claim does not satisfy the requirement to prove the contents of a writing as set forth in 11 USC §502(b)(1).

The Claim is without any evidentiary value and is unenforceable against the Debtors under any agreement or applicable laws pursuant 11 USC ¶502(b)(1).

**WHEREFORE** Debtor moves the Court for the following Orders:

1. That the Court direct the Chapter 13 Trustee to strike the claim of Portfolio;

2. That the Claim be entirely disallowed as if fails to comply with the mandatory requirements of Rule 3001(c)

3. That the Creditor be precluded from filing an amended, modified or substituted claim in this case;

4. That the underlying debtor be canceled and forever discharged whether or not the debtors receive their discharge order in this case; and

5. That the Debtor have other and further relief including attorney fees in the amount of 367.83, as the Court may deem just

and proper.

**JONATHAN C. BECKER ATTORNEY AT LAW, P.A.**

By: /s/ Jonathan C. Becker
Jonathan C. Becker, 13983
3120 Mesa Way, Suite B
Lawrence, KS 66049-4203
785-842-0900
785-371-0952 (Fax)
jayhawkattorney@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 May 2014 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system. Additionally, on 19 May 2014 a true and correct copy of the above and foregoing was deposited in the U.S. Mail, postage prepaid to Portfolio Recovery Associates, LLC P.O. Box 41067, Norfolk, VA 23541.

/s/ Jonathan C. Becker
Jonathan C. Becker